

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-088-CV

IN THE INTEREST OF J.J.M., A CHILD

----------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's May 25, 2009 letter to the court in which appellant states that he will not pursue the appeal. The court construes appellant's letter as a motion to dismiss the appeal pursuant to rule 42.1(a) of the Rules of Appellate Procedure. Tex. R. App. P. 42.1(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: June 11, 2009

---

[1] *See* Tex. R. App. P. 47.4.